JOHN W. HUBER, United States Attorney (#7226)
JARED C. BENNETT, Assistant United States Attorney (#9097)
JENNIFER P. WILLIAMS, Assistant United States Attorney (#15942)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 325-3260
Email:  Jennifer.Williams2@usdoj.gov
Attorneys for the United States of America

───────────────────────────────────────────────────────────────

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

───────────────────────────────────────────────────────────────

| | |
|---|---|
| EVERGREEN RANCH, LC,<br><br>Individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE ERVING "SONNY" PERDUE, United States Secretary of Agriculture, in his individual and official capacities; UNITED STATES DEPARTMENT OF AGRICULTURE; LUANN ADAMS, Commissioner of the Utah Department of Agriculture and Food, in her individual and official capacities; UTAH DEPARTMENT OF AGRICULTURE AND FOOD; and STATE OF UTAH,<br><br>Defendants. | Case No. 2:17-cv-00478-PMW<br><br>**NOTICE OF REMOVAL**<br><br>Honorable Paul M. Warner |

───────────────────────────────────────────────────────────────

Under 28 U.S.C. § 1442(a), Defendants remove the action filed against them in the Third District Court, Salt Lake County, State of Utah to this Court for the reasons set forth below:

1. On or about May 5, 2017, Plaintiff filed its Complaint in the Third Judicial District Court, Salt Lake County, Utah with the same caption as shown above, case number 170902955.   Exhibit A.

2. The United States has not been served in this action.

3. Removal to this Court is proper under 28 U.S.C. § 1442(a) because the Complaint names agencies and employees of the United States as defendants in a civil action filed in a court of the State of Utah.

DATED this 25th day of May 2017.

> JOHN W. HUBER
> United States Attorney
>
> /s/ Jennifer P. Williams
> JENNIFER P. WILLIAMS
> Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Utah, and that a true and accurate copy of the foregoing **NOTICE OF REMOVAL** was provided by first class mail to all parties named below on the 25th day of May 2017.

Karra J. Porter
J.D. Lauritzen
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111-2047

Robert J. Fuller
FULLER LAW OFFICE, LC
1090 North 5900 East
Eden, UT 84310

                                        /s/ Jennifer P. Williams