IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EVERGREEN RANCH, LC <br><br> Plaintiff, <br><br> v. <br><br> GEORGE IRVING "SONNY" PERDUE; UNITED STATES DEPARTMENT OF AGRICULTURE; LUANN ADAMS; UTAH DEPARTMENT OF AGRICULTURE AND FOOD; and the STATE OF UTAH, <br><br> Defendants. | **ORDER OF DISMISSAL** <br><br> Case No. 2:17-cv-00478 <br><br> Judge Robert J. Shelby <br> Magistrate Judge Evelyn J. Furse |

Based on the parties' Joint Motion and Stipulation to Dismiss with Prejudice,[1] the Court

hereby **DISMISSES** the complaint against Defendants Luann Adams, the Utah Department of

Agriculture and Food, and the State of Utah with prejudice.  The parties are to bear their own

fees and costs.  The Clerk of Court is ordered to close the case.

**SO ORDERED** this 4th day of May, 2018.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 47.